IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40852
Summary Calendar
_____

ROY JON,

                                        Plaintiff-Appellant,

versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division, ET AL.,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CV-960
- - - - - - - - - -
March 18, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Roy Jon, a Texas prisoner (# 626840), appeals the district court's dismissal as frivolous of his *pro se*, *in forma pauperis* (IFP) 42 U.S.C. § 1983 action in which he alleged that the defendants retaliated against him for filing grievances; filed false disciplinary reports against him; threatened and verbally

_____

    [*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

abused him, improperly forfeited his good-time credits; and denied him a meal; a shower, and clean clothes.

Jon's waived his claim regarding good-time credits by not briefing it on appeal. *Yohey v. Collins*, 985 F.2d 222, 224-25 (5th Cir. 1993). Jon's supplemental and amended briefs should not have been filed as they are not authorized under the Federal Rules of Appellate Procedure or the rules of this court. *See* FED. R. APP. P. 28(a), (c), (j); 5TH CIR. R. 28.4. They are STRICKEN.

Jon argues that the magistrate judge improperly denied leave to file a second amended complaint and that the district court abused its discretion by dismissing his suit. We have reviewed the record and Jon's allegations, and we conclude that the district court did not abuse its discretion by dismissing Jon's § 1983 action as frivolous. *Siglar v. Hightower*, 112 F.3d 191, 193 (5th Cir. 1997).

Because Jon's arguments of error are wholly without merit, this appeal is frivolous and is DISMISSED. *See Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983); 5TH CIR. R. 42.2.

MOTION FOR LEAVE TO AMEND THE INITIAL BRIEF DENIED; SUPPLEMENTAL BRIEFS STRICKEN; APPEAL DISMISSED.